**Dismiss and Opinion Filed July 31, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-13-00613-CV

### CARL LOCKRIDGE, Appellant

### V.

### SHARON LARKIN, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00017a**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By notice dated May 1, 2013, the Court directed appellant to pay the $175 filing fee for the appeal within ten days. We warned appellant that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, appellant has not paid the filing fee, provided documentation showing he is entitled to proceed without payment of the fee, or communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

/Carolyn Wright/

130613F.P05
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

CARL LOCKRIDGE, Appellant

No. 05-13-00613-CV     V.

SHARON LARKIN, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-00017a.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Sharon Larkin recover her costs of this appeal, if any, from appellant Carl Lockridge.

Judgment entered July 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE